**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES CORTEZ ARNOLD                                                                              PETITIONER
ADC #114047

v.                                          NO. 5:12CV00224 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                              RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation. This Court adopts the Recommendation as its own. James Cortez Arnold's Petition for Writ of Habeas Corpus is dismissed, with prejudice. Document #2.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 15th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE